**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00573-CV

## NORDSTROM INC., THOMAS ZAROBAN, JR., AND LAUREN GALE, Appellants

### V.

## GOLPAR SIAMAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PARNAZ M. CHEKINI, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00690-D**

## ORDER

This is an accelerated appeal. On June 12, 2019, after appellants informed the Court the parties were scheduled to mediate June 27, 2019, we granted appellants' motion to extend time to file their brief and ordered them to file a status report or motion to dismiss the appeal no later than July 8, 2019. Appellants complied, informing the Court the parties were finalizing a resolution and they expected it would take thirty days to complete. Although we then ordered appellants to file another status report or a motion to dismiss no later than August 8, 2019, neither has been filed. Accordingly, we **ORDER** appellants to file their brief on the merits no later than September 9, 2019.

/s/    KEN MOLBERG
        JUSTICE